**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State. The criminal record data in this product or service may include records that have been expunged, sealed, or otherwise have become inaccessible to the public since the date on which the data was last updated or collected.

Accurint does not constitute a "consumer report" as that term is defined in the federal Fair Credit Reporting Act, 15 USC 1681 et seq. (FCRA). Accordingly, Accurint may not be used in whole or in part as a factor in determining eligibility for credit, insurance, employment or another permissible purpose under the FCRA.

Your DPPA Permissible Use: Court, Law Enforcement, or Government Agencies
Your GLBA Permissible Use: Law Enforcement Purposes

## Law Enforcement Report

Date: 12/04/13
Reference Code: State

**Report processed by:**
US Marshals Service - GCRFTF
1729 N 5th Ave
Birmingham, AL 35203-2050
205-876-1200 Main Phone

**Report Legend:**
  § - Shared Address
  D - Deceased
  ✔ -
Probable Current Address

### Indicators
Bankruptcy: **No**
Property: **Yes**
Corporate Affiliations: **No**

**Subject Information:** (Best Information for Subject)
**Name:** LUCIOUS H PERKINS JR    DOB: 2/10/1980
**SSN:** 587-57-     issued in Mississippi between *1/1/1987* and *12/31/1987*
View All SSN Sources
**Age:** 33
**Names Associated With Subject:**    View All Name Variations Sources

LUCIOUS PERKINS  LexID: 001954209019 DOB: 2/10/1980
587-57-    issued in Mississippi between 1/1/1987 and 12/31/1987
LUCIOUS PERKINS JR  LexID: 001954209019 DOB: 2/10/1980
587-57-    issued in Mississippi between 1/1/1987 and 12/31/1987
LUCIOUS TIRKINS JR  LexID: 001954209019 DOB: 2/10/1980
587-57    issued in Mississippi between 1/1/1987 and 12/31/1987
LUCIOUS PERKINS  LexID: 001954209019 DOB: 2/10/1980
587-57-xxxx issued in Mississippi between 1/1/1987 and 12/31/1987
LUCIOUS PERKINS JR  LexID: 001954209019 DOB: 2/10/1980
587-57-xxxx issued in Mississippi between 1/1/1987 and 12/31/1987

**Others Associated With Subjects SSN:**
(DOES NOT usually indicate any type of fraud or deception)

EXHIBIT
1