**U.S. Department of Justice**
United States Marshals Service

## REPORT OF INVESTIGATION

Page 1 of 3

| 1. FID: 9396579 CASE: 1443-1121-0275-S | 2. DATE OF REPORT: 12/09/2013 | 3. REPORTED BY: ODOM,RONNIE AT: D43 |
|---|---|---|

4. SUBJECT NAME: PERKINS,LUCIOUS

5. MERGED FIDs:

6. TYPE OF REPORT:
[ ] REPORT OF ELECTRONIC INTERCEPTION
[ ] COLLATERAL LEAD
[ ] WITNESS INTERVIEW
[ ] OTHER

[x] ARREST (USM11 610490)
[ ] INTELLIGENCE UPDATE
[ ] MEMORANDUM TO FILE

On the morning of December 3, 2103, Gulf Coast Regional Fugitive Task Force (GCRFTF), Jackson, MS Task Force Officers (TFOs) and assigned Deputy United States Marshals (DUSMs), briefed on a warrant for the arrest of Lucious PERKINS, described as a black male standing approximately five feet eight inches tall (5'8). It was explained by TFO Demetrius Hayes that PERKINS was wanted by the Jackson Police Department (JPD), Jackson, MS for capital murder and that he had a known criminal history involving narcotics and prior weapons violations. Additionally, during Hayes' briefing he explained that his investigation had led to the discovery of two (2) potentially valid addresses for PERKINS. The team of approximately fifteen (15) was split into two (2) teams, with TFO RJ Odom on a team with the destination of 124 Archer Avenue, Jackson, MS. Hayes explained that this address had been gained from a recent accurint.com query, as well as Mississippi Department of Corrections (MDOC) records. TFO Odom left the briefing with the understanding that 124 Archer Avenue was a primary address for fugitive PERKINS.

Upon arrival at the above described address, as the team vehicles slowed to a stop in front of 124 Archer Avenue, TFO Odom observed an unknown male open the front door of the residence and stand for a brief moment as officers exited the vehicles and began to approach the residence. This man was observed wearing some type of jogging pants of pajama bottoms and no shirt. After making this observation Odom gave loud, repetitive verbal commands for the man in the door to come towards him, stating "police, come here" several times as the man began to close the door and disappear into the residence. As officers neared the entrance Odom took notice that the front door was ajar. Based on the information gained during morning briefing concerning the address, as well as the observation of an unknown male with a dark complexion, short in stature, with slight facial hair as noted in previous pictures of PERKINS, TFO Odom and other members of the team pursued this unknown person who was thought to possibly be PERKINS, after he refused lawful commands from officers clearly marked as police with visible badges and placards.

Odom kicked the partially open door to ensure there was no one standing immediately behind it that may pose a

| 7. SIGNATURE (Name and Title) | 8. DATE 12/09/2013 4:45 PM EST | 11. DISTRIBUTION ___DISTRICT ___HEADQUARTERS ___OTHER_____ |
|---|---|---|
| RONNIE ODOM Contractor | | |
| 9. APPROVED (Name and Title) | 10. DATE 12/11/2013 9:47 AM EST | EXHIBIT 2 tabbies |
| RICHARD GRIFFIN Supervisory Deputy USM | | |

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

12/11/2013 11:01 AM EST

 

**U.S. Department of Justice**
United States Marshals Service

| REPORT OF INVESTIGATION | | Page 2 of 3 |
|---|---|---|
| 1. FID: 9396579<br>CASE: 1443-1121-0275-S | 2. DATE OF REPORT: 12/09/2013 | 3. REPORTED<br>BY: ODOM,RONNIE<br>AT: D43 |
| 4. SUBJECT NAME: PERKINS,LUCIOUS | | |
| 5. MERGED FIDs: | | |

threat. Officers then entered the vacant front room of the residence calling for anyone in the residence to respond while continually announcing "police". TFO Welch and Odom approached the nearest door once inside the residence and Welch reached to open the door as Odom prepared to clear the unknown area behind the door. As the officers positioned themselves at the door Odom noted a door to his right was slowly opening, apparently on it's on, as TFO Scott and DUSM Davis moved through the front room and towards the moving door. Odom announced his observations and then waited for Welch to open the door he was on. Upon Welch opening the door a female was observed standing with her back to Odom looking out the back door of the residence. When she turned to face Odom he began to tell her to walk to him, while still identifying himself as a police officer. At this time shots were heard to the right, in the direction Scott and Davis had moved.

Odom moved to Davis who had taken up a position behind a door frame in the front room and while doing so observed Scott scooting on his back in the general direction of Davis. Scott moved a nearby freezer in order to take cover behind it as Davis maintained a position of cover over the area from where the apparent lethal threat had appeared. Davis voiced that someone had presented a revolver from around the door frame at the end of the room, from behind a curtain (possibly a bed sheet) hanging over the opening. Scott recovered to his feet once behind the freezer and then came back into the main room where he was quickly checked for any apparent wounds. Odom asked Davis what he may need and Davis responded he needed a shield. This information was relayed to Welch, who retrieved a ballistic shield and returned to the residence. Both Davis and Scott changed pistol magazines while TFO Lewis and Odom maintained a visual on the door entry from where the threat had appeared. Communication was also established with TFO Turner who had entered the residence as she stood at the door cleared by Odom and Welch. As Welch reentered the residence with the shield he went to the front of the "stack" and officers took positions behind him, moving to the entry covered by the curtain. Odom then heard TFO Turner state, "we need an ambulance" to which Odom responded that the residence was not yet clear and officers were still working. Turner repeated her remark several times and finally added that TFO Armon had been "hit" and he needed an ambulance. Odom responded for Turner to call an ambulance and continued with the efforts to clear the residence. During this time officers continued to give verbal commands to the person who presented the weapon, ordering him to come out, show his hands and continuing to state "police".

Welch posted up on the door covered by the curtain and DUSM Davis pulled the curtain down. As officers moved into the room Welch indicated he observed the subject and began giving him directed commands of arrest. During this time TFO Turner continued to state that TFO Armon needed an ambulance. TFO Odom weighed the situation, considering that visual contact had been made with the person in the room by Welch, who was now giving commands of arrest and that no further shots had been fired. He (Odom) then exited the residence and sought Armon. He was found in the front of the residence standing over several unknown people who wearing handcuffs. Odom asked where he was hurt and Armon lifted his shirt and showed him a wound on his lower abdomen. The wound, which appeared to be approximately the size of a quarter, was bleeding minimally and did not appear to have penetrated through or into the muscles of the abdomen, nor were any other wounds visible when Armon lifted his vest and shirt. Odom placed a bandage over the wound and told Armon to have a seat on the tailgate of TFO Lewis' truck which was nearby.

Odom then turned back to the residence and observed Davis, Scott, Welch and Lewis as they exited with one (1) unknown male subject in handcuffs. This man was not wearing a shirt and had on jogging pants or some similar attire. Odom noted that this was likely the man observed at the front of the residence upon their arrival. The team members were informed of Armon's injury and Davis instructed Lewis to take Armon to the hospital.

UNITED STATES MARSHALS SERVICE
THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE, NEITHER
IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.

12/11/2013 11:01 AM EST

**U.S. Department of Justice**
United States Marshals Service

 

| REPORT OF INVESTIGATION | | Page 3 of 3 |
|---|---|---|
| 1. FID: 9396579<br>CASE: 1443-1121-0275-S | 2. DATE OF REPORT: 12/09/2013 | 3. REPORTED<br>BY: ODOM,RONNIE<br>AT: D43 |
| 4. SUBJECT NAME: PERKINS,LUCIOUS | | |
| 5. MERGED FIDs: | | |

At this time other task force members began to arrive and the scene was secured.

*UNITED STATES MARSHALS SERVICE*
*THIS REPORT IS THE PROPERTY OF THE UNITED STATES MARSHALS SERVICE. NEITHER*
*IT NOR ITS CONTENT MAY BE DISSEMINATED OUTSIDE THE AGENCY TO WHICH LOANED.*

12/11/2013 11:01 AM EST